**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1253**

In re:  ANGELO GALLOWAY, a/k/a Gelo,

            Petitioner.

On Petition for Writ of Mandamus.
(2:10-cr-00096-MSD-TEM-2)

Submitted:  May 19, 2015                     Decided: May 21, 2015

Before NIEMEYER and HARRIS, Circuit Judges, and DAVIS, Senior
Circuit Judge.

Petition denied by unpublished per curiam opinion.

Angelo Galloway, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Angelo Galloway petitions for a writ of mandamus seeking an order directing a district judge to docket his pro se ethics grievance against a federal prosecutor. We conclude that Galloway is not entitled to mandamus relief.

Mandamus relief is a drastic remedy and should be used only in extraordinary circumstances. Kerr v. U.S. Dist. Court, 426 U.S. 394, 402 (1976); United States v. Moussaoui, 333 F.3d 509, 516-17 (4th Cir. 2003). Further, mandamus relief is available only when the petitioner has a clear right to the relief sought. In re First Fed. Sav. & Loan Ass'n, 860 F.2d 135, 138 (4th Cir. 1988).

The district court's docket reveals that Galloway's grievance was received by the district court and referred for investigation. To the extent Galloway seeks additional relief by way of his mandamus petition, he fails to demonstrate a clear right to such relief. Accordingly, we grant leave to proceed in forma pauperis, but we deny the petition for writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED

2